UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00064-GNS

TABITHA ANN BERNARD											PLAINTIFF

v.

JAMES E. BRUCE											DEFENDANT

## JUDGMENT

This matter is before the Court on Defendant's Motions to Dismiss (DN 4), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED**.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

March 29, 2023

cc:   counsel of record